UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY KNOWN AS 8801 W. SNOQUALMIE VALLEY ROAD NE, CARNATION, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON. <br><br> Defendant. | NO. CV24-1791-JHC <br><br> **DEFAULT JUDGMENT OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Default Judgment of Forfeiture (the "Motion"), Dkt. # 12, for the above-captioned Real Property known as 8801 W. Snoqualmie Valley Road NE, Carnation, Washington, together with all appurtenances, fixtures, attachments, and improvements, thereto and thereupon (the "Defendant Real Property"), more particularly described as follows:

//

PARCEL A:
THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 1, TOWNSHIP 25 NORTH, RANGE 6 EAST, W.M., IN KING COUNTY, WASHINGTON, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WESTERLY MARGIN OF WEST SNOQUALMIE VALLEY COUNTY ROAD, NORTH 37°21'00" WEST 939.33 FEET FROM THE SOUTH LINE OF SAID SUBDIVISION;
THENCE SOUTH 76°50' WEST 65.33 FEET TO THE TRUE POINT OF BEGINNING;
THENCE CONTINUING SOUTH 76°50' WEST 232.70 FEET;
THENCE SOUTH 31°30' EAST 125.64 FEET;
THENCE NORTH 76°50' EAST 232.70 FEET;
THENCE NORTH 31 °30' WEST 125.64 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL B:
A NON-EXCLUSIVE EASEMENT FOR ROAD PURPOSES 20 FEET WIDE EXTENDING FROM THE SOUTHEAST CORNER OF THE ABOVE DESCRIBED TRACT ON THE SAME BEARING OF NORTH 76°50' EAST AS THE SOUTH LINE THEREOF AND TO THE WEST LINE OF THE COUNTY ROAD.

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

**PARCEL NUMBER**: 012506902803

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Default Judgment of Forfeiture is appropriate because:

1. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") (*see* Dkt. Nos. 2, 7, 8, 9, 10);

2. The United States posted notice at the Defendant Real Property (*see* Dkt. No. 6);

3. No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case;

4. On April 28, 2025, the Clerk of Court entered default against all potential claimants (*see* Dkt. No. 11); and

5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of entry of default judgment.

Now, therefore, a Default Judgment of Forfeiture is ENTERED, as follows:

1. The above-captioned Defendant Real Property is fully and finally condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6) (proceeds from the sale of controlled substances);

2. Hereinafter, no right, title, or interest in the Defendant Real Property shall exist in any party, other than in the United States; and

4. The United States Department of Justice, the United States Department of Homeland Security Investigations, and/or its agents and representatives, shall dispose of the Defendant Real Property as permitted by governing law.

It is so ORDERED.

DATED this 7th day of May, 2025.

                                                          *John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON

1  Assistant United States Attorney
   United States Attorney's Office
2  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
3  Phone: (206) 553-2462
   Karyn.S.Johnson@usdoj.gov
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27